UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                            Case No:  2:19-cv-437-FtM-29MRM

JOHN DOE,

    Defendant.

_____

**ORDER**

    This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal with Prejudice of John Doe (Doc. #12) filed on August 27, 2019. Defendant has not entered an appearance in the case. Therefore a voluntary dismissal is appropriate.

    Accordingly, it is now

    **ORDERED AND ADJUDGED:**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of August, 2019.

                                          JOHN E. STEELE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record